# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Patrick Burk, an individual, | CASE NUMBER: |
|---|---|
| v.  Plaintiff(s) | 2:24-cv-04698-JLS-JPR |
| CRISIS24, Inc., a Delaware Corporation; CRISIS 24 Protective Solutions, LP, a Delaware Limited Partnership; and Does 1-50, Inclusive, Defendant(s). | NOTICE OF MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for December 19, 2024   at 9:30   ☑ a.m. / ☐ p.m.

**LOCATION:** Via Zoom Videoconference

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: November 22, 2024

Panel Mediator: Stephen M. Benardo, Esq.
Address: 9854 National Boulevard, #268
Los Angeles, CA 90034

Phone: (310) 600-0724