JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BURK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRISIS24 PROTECTIVE SOLUTIONS, LP, a Delaware Limited Partnership; and DOES 1- 50, Inclusive,<br><br>Defendant. | Case No. CV 24-4698 MWF (MARx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The Court has considered the parties' Stipulation for Dismissal of Action in Its Entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Docket No. 59).  For good cause shown, the Court hereby ORDERS:

1. The above-captioned action is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs.

   **IT IS SO ORDERED**.

Dated: September 17, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge